PHILLIP L. EVENSON, DBA EMPIRE AUTO BODY SHOP, APPELLANT, *v.* JOANNE E. SMITH, RESPONDENT.

No. 8438

November 10, 1976                    555 P.2d 1230

*Eck & Harkins, Ltd.,* Carson City, for Appellant.

*Kenneth J. Jordan,* Carson City, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal from an order of the district court refusing to set aside a default judgment.

It is manifest from the record that the court below abused its discretion in refusing to set aside the default and default judgment. Cipolla v. Cipolla, 85 Nev. 43, 449 P.2d 258 (1969); Adams v. Lawson, 84 Nev. 687, 448 P.2d 695 (1968). Accordingly, we reverse and remand the case for a trial on the merits.